IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-02116-REB-KMT

PETER EDWARD a/k/a DAVID BLESSING
    Private Bond #RE155338095US

    Plaintiff,

v.

ROBERT E. DUBRISH, individually and as President, OPTION ONE MORTGAGE CORP., OPTION ONE MORTGAGE CORPORATION, administrators, devisees, trustees, creditors, successors and assigns of any defendant that are or were partners or in partnership; the unknown guardians, conservators and trustees of any defendants that are minor or are under any legal disability; and are the trustees, creditors and assigns of any person alleged to be deceased and all other persons or parties who are or may be concerned,
HENRY J. PAULSON, U.S. Secretary of the Treasury, and
MICHAEL B. MUKASEY, U.S. Attorney General as alien property custodian,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Petition for Leave to Amend" (#12, filed December 20, 2007) is GRANTED. Plaintiff filed his Amended Complaint (#19-3) on January 4, 2008, prior to the filing of a responsive pleading by Defendants.

Dated: May 13, 2008