IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02116-REB-KMT

PETER EDWARD a/k/a DAVID BLESSING
    Private Bond #RE155338095US

    Plaintiff,

v.

ROBERT E. DUBRISH, individually and as President, OPTION ONE MORTGAGE CORP.,
OPTION ONE MORTGAGE CORPORATION, administrators, devisees, trustees, creditors,
successors and assigns of any defendant that are or were partners or in partnership; the unknown
guardians, conservators and trustees of any defendants that are minor or are under any legal
disability; and are the trustees, creditors and assigns of any person alleged to be deceased and all
other persons or parties who are or may be concerned,
HENRY J. PAULSON, U.S. Secretary of the Treasury, and
MICHAEL B. MUKASEY, U.S. Attorney General as alien property custodian,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**
Janet D. Zinser, Judicial Assistant

"Plaintiff's Objection and Petition to Strike Defendant Duburish [sic] and Option One's
Response to Plaintiff's Second Motion for Default Judgment" (#36, filed May 2, 2008) is
DENIED as moot. The Clerk of Court did not enter default against Robert E. Dubrish or Option
One Mortgage, and, therefore, it is unnecessary for the court to address the response to the
motion for entry of default.

Dated: October 10, 2008