IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02116-REB-KMT

PETER EDWARD a/k/a DAVID BLESSING
    Private Bond #RE155338095US

    Plaintiff,

v.

ROBERT E. DUBRISH, individually and as President, OPTION ONE MORTGAGE CORP., OPTION ONE MORTGAGE CORPORATION, administrators, devisees, trustees, creditors, successors and assigns of any defendant that are or were partners or in partnership; the unknown guardians, conservators and trustees of any defendants that are minor or are under any legal disability; and are the trustees, creditors and assigns of any person alleged to be deceased and all other persons or parties who are or may be concerned,
HENRY J. PAULSON, U.S. Secretary of the Treasury, and
MICHAEL B. MUKASEY, U.S. Attorney General as alien property custodian,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**
Janet D. Zinser, Judicial Assistant

"Plaintiff's Motion for Leave to Provide a More Definite Statement by Way of a Second Amended Complaint" (#48, filed July 18, 2008), there being no objections by the parties, is GRANTED. The Clerk of Court is directed to file Plaintiff's Second Amended Complaint (attachment 1 to Document Number 48).

In light of the filing of the Second Amended Complaint, "Defendant Robert E. Dubrish's Second Motion to Dismiss" (#38, filed May 5, 2008) and "Defendant Henry J. Paulson and Defendant Michael B. Mukasey's Motion for a More Definite Statement" (#44, filed July 1, 2008) are DENIED as moot. Defendants may file appropriate dispositive motions directed at the Second Amended Complaint.

Dated: October 10, 2008