IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No.07-cv-02116-REB-KMT

PETER EDWARD,

    Plaintiff,

v.

ROBERT E. DUBRISH,

    Defendant.

## ORDER ADOPTING RECOMMENDATION OF
## UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

    This matter is before me on the following: (1) **Plaintiff's Verified Emergency Motion for Temporary Restraining Order and Preliminary Injunction** [#46] filed July 14, 2008; and (2) the **Recommendation of United States Magistrate Judge** [#82] filed January 9, 2009. I deny the motion, and I approve and adopt the magistrate judge's recommendation.

    None of the parties has filed any objections to the magistrate judge's recommendation. Therefore, I am required only to review the recommendation for plain error. ***See Morales-Fernandez v. Immigration & Naturalization Service***, 418 F.3d 1116, 1122 (10th Cir. 2005).[1] Because the plaintiff is proceeding *pro se*, I have construed his pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers. ***See Erickson v. Pardus***, 551 U.S. 89, ___, 127 S.

---

[1] This standard pertains even though plaintiff is proceeding *pro se*. ***Morales-Fernandez***, 418 F.3d at 1122.

Ct. 2197, 2200 (2007); **Andrews v. Heaton**, 483 F.3d 1070, 1076 (10th Cir. 2007); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). The recommendation is detailed and well-reasoned.  Finding no error, much less plain error, in the magistrate judge's reasoning and recommended disposition, I find and conclude that the arguments advanced, authorities cited, and findings of fact, conclusions of law, and recommendation proposed by the magistrate judge should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#82] filed January 9, 2009, is **APPROVED AND ADOPTED** as an order of this court; and

2. That the **Plaintiff's Verified Emergency Motion for Temporary Restraining Order and Preliminary Injunction** [#46] filed July 14, 2008, is **DENIED**.

Dated March 6, 2009, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge