IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02116-REB-KMT

PETER EDWARD a/k/a DAVID BLESSING,

    Plaintiff,

v.

ROBERT E. DUBRISH,
OPTION ONE MORTGAGE CORPORATION, et al.,
HENRY J. PAULSON, US Secretary of the Treasury, and
MICHAEL B. MUKASEY, U.S. Attorney General as alien property custodian,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

In light of the filing of the Second Amended Complaint, "Plaintiff's Verified Motion for Judgment on the Pleadings, or in the Alternative, Summary Judgment as Against Defendants Dubrish and Option One Mortgage Corporation" (Doc. No. 53, filed October 10, 2008) is DENIED as moot, as it was filed prior to the filing of the operative complaint.

Dated: April 13, 2009