**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

| | |
|---|---|
| **Civil Action No.**   07-cv-02116-REB-KMT | FTR |
| **Date:**  May 15, 2009 | Debra Brown, Deputy Clerk |
| PETER EDWARD | Pro se |
| Plaintiffs. | |
| v. | |
| ROBERT E. DUBRISH, et al. | Erick Steven Arriola |
| HENRY J. PAULSON, et al. | Stephen D. Taylor |
| Defendants. | |

**COURTROOM MINUTES / MINUTE ORDER**

**MOTIONS HEARING**

**Court in Session: 10:33 a.m.**

Court calls case.  Appearance by Peter Edward, plaintiff, pro se and of counsel.

Discussion regarding Defendant Option One Mortgage Corporation's "Motion to Dismiss" [Document #69 filed October 23, 2008" at issue.

Statements by Mr. Arriola.
Statements by Mr. Edward.

Documentation submitted by Mr. Edward,  Exhibits numbered A 1-5, B 1-4, C 1-2 and D 1-2. Documentation submitted by Mr. Arriola; A Public Trustees Deed; Numbered PT2007-5724 with a Certificate at the bottom showing a certified record dated April 30, 2009 and case law.

**ORDERED:**    Defendant Option One Mortgage Corporation's "Motion to Dismiss" [Document #69 filed October 23, 2008" is **TAKEN UNDER ADVISEMENT**. A written Order will issue.

**Court in recess: 10:51 a.m.**
Total In-Court Time 0:18; hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303)825-6119.