**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.07-cv-02116-REB-KMT

PETER EDWARD,

    Plaintiff,

v.

ROBERT E. DUBRISH,

    Defendant.

---

**MINUTE ORDER**[1]

---

    The matter comes before the court on the **Plaintiff's Motion For Clarification, Findings of Fact and Conclusions of Law** [#111] filed July 21, 2009.  The motion is **DENIED**.

    Dated:  February 24, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.